1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  KENNETH CHAMBERS (NYBN 5559885)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6940
       FAX: (415) 436-7240
8      kenneth.chambers@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 4:23-CR-00317-HSG |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO EXCLUDE TIME FROM OCTOBER 1, 2025, TO OCTOBER 8, 2025, AND ORDER |
| v. | ) | |
| MICHAEL DERRYBERRY, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant MICHAEL DERRYBERRY, that time be excluded under the Speedy Trial Act from October 1, 2025, through OCTOBER 8, 2025.

At the status conference/trial setting hearing held on October 1, 2025, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference/trial setting hearing, the parties stipulate and agree that excluding time until OCTOBER 8, 2025, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from October 1, 2025, through OCTOBER 8, 2025, from

computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 2, 2025

/s/
KENNETH CHAMBERS
Assistant United States Attorney

DATED: October 2, 2025

/s/
GAIL SHIFMAN
Counsel for Defendant MICHAEL DERRYBERRY

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on October 1, 2025, and for good cause shown, the Court finds that failing to exclude the time from October 1, 2025, through OCTOBER 8, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from October 1, 2025, to OCTOBER 8, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 1, 2025, through OCTOBER 8, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  10/3/2025

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge