GAIL SHIFMAN (SBN 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, CA 94115
Tel:    (415) 551-1500
Email: gail@shifmangroup.com

Attorney for Defendant
MICHAEL DERRYBERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DERRYBERRY,<br><br>Defendant. | Case No.  4:23-CR-00317-001 HSG<br><br>**DECLARATION REGARDING DEFENDANT MICHAEL DERRYBERRY'S SENTENCING MEMORANDUM** |

I, Gail Shifman, hereby declare as follows:

1.  I am an attorney licensed in the state of California. I was appointed to represent Mr. Derryberry pursuant to the CJA.

2.  During the evening of February 11, 2026, as I was finalizing Mr. Derryberry's sentencing memorandum for ECF filing, my connection to the internet went down. During my attempts to reconnect, I learned that my building's connection was out. Given the time of night, returning to my office for purposes of ECF filing was not feasible.  As a result, I could not ECF file Mr. Derryberry's sentencing memorandum as due on February 11, 2026.

3. This morning, February 12, 2026, back online, I ECF filed his sentencing memorandum. I also then correctly filed his attached Exhibit A in Support of his sentencing memorandum under seal which had been mistakenly filed in the criminal dummy seal case the previous evening before my internet outage.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Signed this 12th day of February 2026 in San Francisco, California.

/s/ *Gail Shifman*

_____

GAIL SHIFMAN