GAIL SHIFMAN (SBN 147334)
Law Office of Gail Shifman
2431 Fillmore Street
San Francisco, CA 94115
Tel:     (415) 551-1500
Email: gail@shifmangroup.com

Attorney for Defendant
MICHAEL DERRYBERRY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

−ooo−

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DERRYBERRY,<br><br>Defendant. | Case No.  4:23-CR-00317-001 HSG<br><br>**EXHIBIT C IN SUPPORT OF DEFENDANT MICHAEL DERRYBERRY'S SENTENCING MEMORANDUM – LETTER OF AVA DERRYBERRY**<br><br>**Date:  February 18, 2026**<br>**Time: 2:00 p.m.** |

In support of Defendant Michael Derryberry's Sentencing Memorandum, attached is Exhibit C, Letter of Ava Derryberry ("Ava"), daughter of Defendant, letter received the evening of February 12, 2026.  In this letter, Ms. Derryberry candidly describes her father's struggles with addiction and the impact on him that the chaos and instability of his childhood brought to his life.

In reading the letter, what is remarkable is the clear love and tenderness Ava feels for her father who despite his own demons successfully taught Ava to value her worth and to pursue a path free of the trauma of his past.  That Mr. Derryberry was able to guide Ava in this way demonstrates qualities and strengths he possesses that might not otherwise have been discernable given his history that bode well for Mr. Derryberry as he continues his post-offense rehabilitation.

1

As Ava writes,

> Today, I speak to my father with pride. He is now 32 months sober, and I have seen a transformation in him that I had never seen before.
>
> For the first time in my life, I can look into his eyes and see clarity and honesty. His sobriety has brought him back to himself. He understands that this moment is different and that he cannot continue the cycle of his past. This most recent arrest has changed not only him, but our entire family. Time away from negative influences and from substances has brought him peace, reflection, and hope.
> . . . .
>
> He has support during his time in custody, and he will have strong support from his family when he returns home. I sincerely believe this time can be the final turning point in his life.

This family support and the recognition of Mr. Derryberry's post-offense rehabilitation as described in Ava's letter further supports Mr. Derryberry's requested variance to 60 months incarceration.

Dated: February 13, 2026                    Respectfully submitted,

                                            LAW OFFICES OF GAIL SHIFMAN

                                            /s/ *Gail Shifman*

                                            _____
                                            GAIL SHIFMAN
                                            Attorney for Defendant
                                            MICHAEL DERRYBERRY

2

Dear Judge and District Attorney,

My name is Ava Celine Derryberry, and I am writing on behalf of my father, Michael Joseph Derryberry.

My father has struggled with addiction for much of his life. His exposure to drugs began at a very young age, influenced by the environment in which he was raised. From childhood, he was surrounded by instability and harmful patterns that shaped many of the choices he later made. Throughout my 18 years, I have witnessed him battle addiction, experience incarceration, and struggle to remain present in my life.

Despite his challenges, there was never a day that passed without him telling me to choose a different path than his. He encouraged me to make better decisions and to build a life free from the mistakes he made. I listened. Today, I speak to my father with pride. He is now 32 months sober, and I have seen a transformation in him that I had never seen before.

For the first time in my life, I can look into his eyes and see clarity and honesty. His sobriety has brought him back to himself. He understands that this moment is different and that he cannot continue the cycle of his past. This most recent arrest has changed not only him, but our entire family. Time away from negative influences and from substances has brought him peace, reflection, and hope.

While my father must be held accountable for his actions, I believe he would greatly benefit from structured rehabilitation and mental health treatment in addition to incarceration. He experienced significant abuse as a child and later endured a deeply unhealthy and mentally abusive marriage. These experiences do not excuse his behavior, but they do help explain the roots of his addiction and self-destructive patterns.

My father does not justify his past. He understands that a difficult life is not an excuse to cause harm. He accepts responsibility and knows he has much to repair. However, I truly believe that with continued treatment, accountability, and support, he has the ability to live an honest and productive life upon release.

He has support during his time in custody, and he will have strong support from his family when he returns home. I sincerely believe this can be the final turning point in his life.

Thank you for taking the time to read my letter and consider my perspective. I deeply appreciate your time and consideration.

Sincerely,
Ava Celine Derryberry