CRAIG H. MISSAKIAN (CABN 125202
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KENNETH CHAMBERS (NYBN 5559885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6940
    FAX: (415) 436-7240
    kenneth.chambers@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 23-CR-00317-HSG |
| Plaintiff, | **ORDER REGARDING RESTITUTION** |
| v. | |
| MICHAEL DERRYBERRY | |
| Defendant. | |

**ORDER**

Based upon the facts set forth in the stipulation, the Court shall issue an amended judgment to reflect that no restitution has been ordered in this matter. All other terms and conditions set forth in the judgment imposed on February 26, 2026 remain in effect. The restitution hearing set for May 13, 2026 is hereby vacated. The United States Probation Office is directed to prepare an amended judgment consistent with this order.

**IT IS SO ORDERED.**

DATED:  5/6/2026

HON. HAYWOOD S. GILLIAM, JR
United States District Judge

STIP RE RESTITUTION
23-CR-00317-HSG

3